**Order filed March 6, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00136-CV
_____

## IN RE CHRISTOPHER J. RUSSO, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2016-24818

---

## ORDER

Relator Christopher J. Russo filed a motion for leave to file documents under seal. Relator requests that documents associated with three entries listed in the sworn mandamus record, designated as MR_001096–001299, MR_001431–001632, and MR_001670–1683 with 1,538 purportedly privileged underlying documents, were submitted to the trial court *in camera* and under seal pursuant to the trial court's August 3, 2017 order.

The August 3, 2017 order is not a sealing order, and relator has not provided this court with a copy of an order signed by the trial court sealing the documents.

One of the exceptions to the definition of "court records" in Texas Rule of Civil Procedure 76a(2) is "all documents filed with a court in camera, solely for the purpose of obtaining a ruling on the discoverability of such documents." Tex. R. Civ. P. 76a(2). We are maintaining the documents *in camera* but cannot seal them absent a trial court order sealing the documents.

We are unable to determine whether the documents that we are maintaining *in camera* are the same documents that the trial court reviewed *in camera*. Relator has twenty days from the date of this order to provide an order from the trial court confirming that the documents filed *in camera* with this court are the same documents that the trial court reviewed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Jamison.